UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON BRAZLE and
SHANTIA BRAZLE,

                                                    Case No. 2:19-cv-12881
                    Plaintiffs,                     District Judge Paul D. Borman
                                                    Magistrate Judge Anthony P. Patti

v.

CITY OF FLINT, et al.,

                    Defendants.
_____/

### ORDER GRANTING DEFENDANTS JOHNSON, HENIGE, AND VANKEUREN, JR.'S APRIL 7, 2020 MOTION FOR ORDER TO SHOW CAUSE AGAINST SATRIENA STONE (ECF NO. 58)

Currently before the Court is Defendants Johnson, Henige, and VanKeuren, Jr.'s motion for an order to show cause against Satriena Stone, a non-party.  (ECF No. 58.)  Plaintiff Brazle has filed a response, and the movants have filed a reply.  (ECF Nos. 61, 72.)  It appears that Ms. Stone did not file a response, although one was due on May 4, 2020.  (ECF No. 65; *see also* ECF Nos. 66, 71.)

Judge Borman has referred this motion to me for hearing and determination.  (ECF No. 76.)  Having reviewed the motion papers, the motion (ECF No. 58) is **GRANTED**.  The Court orders non-party Satriena Stone to appear for deposition, with any documents requested in the notice, on or before **Friday, July 3, 2020** at defense counsel's office (Harvey Kruse, P.C., G-9460, S. Saginaw St., Suite A,

Grand Blanc, MI 48439) on a day and time that is mutually convenient to the parties.  If non-party Stone fails to appear, she will be required to show cause why she should not be held in contempt.

Moreover, no later than **Friday, June 5, 2020**, Defendants Johnson, Henige, and VanKeuren, Jr. **SHALL:  (1)** serve non-party Stone with a new copy of the deposition notice (changing only the date and/or time, but adding no new document categories from ECF No. 58-3, PageID.570-572) **and** a copy of this order, not only by First-Class Mail **but also** by some other reliable method of couriered delivery, preferably with signature-based confirmation; and, **(2)** file a certificate of service of the same with the Court.

**IT IS SO ORDERED.**

Dated:   June 2, 2020                    s/*Anthony P. Patti*
                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE