UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON BRAZLE and SHANTIA BRAZLE, | Case No. 19-cv-12881 |
| Plaintiffs, | Paul D. Borman<br>United States District Judge |
| v. | |
| | Anthony P. Patti<br>United States Magistrate Judge |
| CITY OF FLINT, KRISTOPHER JONES, KEITH URQUHART, TERRY VANKUERN, JR., RANDY MATTESON, CODY JOHNSON, MICHAEL HENIGE, DION REED, QUION WHEELER, and NICKOY EDWARDS, | |
| Defendants. | |
| _____/ | |

OPINION & ORDER:
(1) ADOPTING MAGISTRATE JUDGE PATTI'S JULY 7, 2020 REPORT AND RECOMMENDATION (ECF NO. 93);
(2) GRANTING MOTION FOR SANCTIONS (ECF NO. 82); and
(3) DISMISSING ALL CLAIMS BROUGHT BY PLAINTIFF SHANTIA BRAZLE FOR HER FAILURE TO ABIDE BY DISCOVERY ORDERS, FAILURE TO SIT FOR A DEPOSITION, AND FAILURE TO PROSECUTE

On July 7, 2020 Magistrate Judge Anthony P. Patti issued an Order denying without prejudice Defendants Michael Henige, Cody Johnson, and Terry Vankuern, Jr.'s Motion to Compel Deposition (ECF No. 74) and a Report and Recommendation recommending that the Court grant Defendants Nickoy Edwards, Kristopher Jones,

1

Randy Matteson, Dion Reed, Keith Urquhart, and Quion Wheeler's Motion for Sanctions (ECF No. 82) and that the Court dismiss all claims brought by Plaintiff Shantia Brazle. (ECF No. 93.)

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court adopts the Report and Recommendation. (ECF No. 93.) Accordingly, the Court GRANTS Defendants' Motion for Sanctions (ECF No. 82) and DISMISSES all claims brought by Plaintiff Shantia Brazle.

IT IS SO ORDERED.

Dated: July 24, 2020                                  s/Paul D. Borman
                                                     Paul D. Borman
                                                     United States District Judge